*1158 ante, p. 1127;
ante, p. 469;
ante, p. 409;
ante, p. 794;
ante, p. 644;
ante, p. 308;
*1159 No. 04-1379.
No. 04-6506.
No. 04-6626.
No. 04-8414.
No. 04-8861.
No. 04-8869.
No. 04-9018.
No. 04-9091.
No. 04-9145.
No. 04-9413.
No. 04-9500.
No. 04-9553.
No. 04-9581.
No. 04-9602.
No. 04-9607.
No. 04-9630.
No. 04-9643.
No. 04-9645.
No. 04-9706.
No. 04-9718.
No. 04-9730.
No. 04-9735.
No. 04-9773.
No. 04-9840.
No. 04-9863.
No. 04-9925.
No. 04-9961.
ante, p. 1115;
543 U. S. 1008;
543 U. S. 982;
ante, p. 1105;
ante, p. 1152;
ante, p. 1105;
544 U. S. 1036;
544 U. S. 1038;
544 U. S. 1039;
ante, p. 1142;
544 U. S. 1025;
ante, p. 1117;
ante, p. 1107;
ante, p. 1118;
ante, p. 1107;
ante, p. 1119;
ante, p. 1119;
ante, p. 1119;
ante, p. 1131;
ante, p. 1131;
ante, p. 1126;
ante, p. 1132;
ante, p. 1142;
ante, p. 1144;
ante, p. 1145;
ante, p. 1109;
544 U. S. 1059;
*1160 No. 04-9978.
No. 04-9982.
No. 04-10065.
No. 04-10113.
No. 04-10123.
No. 04-10130.
No. 04-10179.
No. 04-10259.
No. 04-10350.
No. 04-10352.
ante, p. 1146;
ante, p. 1109;
ante, p. 1146;
ante, p. 1133;
ante, p. 1146;
ante, p. 1146;
ante, p. 1123;
ante, p. 1137;
ante, p. 1148; and
ante, p. 1148. Petitions for rehearing denied.